IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TOMMIE TUCKER and Wife, <br> CANDACE TUCKER, <br><br> Plaintiffs, <br><br> vs. <br><br> BAPTIST MEMORIAL HOSPITAL, and <br> CARDIOVASCULAR SURGERY CLINIC, PLLC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 11-2326-P <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANT BAPTIST MEMORIAL HOSPITAL**

Come now the parties, by and through their undersigned attorneys and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate, subject to the approval of this Honorable Court, that the Plaintiffs' claims against Defendant, Baptist Memorial Hospital, may be dismissed, with prejudice.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

February 15, 2012
Date

Respectfully submitted this the 15th day of February, 2012.

<u>/s William B. Raiford</u>
William B. Raiford   #12764
P.O. Box 1388
Clarksdale, MS 38614
(662)627-9641
Attorney for Plaintiffs

<u> s/ Edward J. McKenney, Jr. </u>
Edward J. McKenney, Jr. BPR #5380
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square, Ste. 2700
Memphis, Tn 38103
(901)525-1455
Attorneys for Defendant, Baptist Memorial Hospital

<u>s/Buckner Wellford</u>
Buckner Wellford  #9687
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901)526-2000
Attorney for Defendant, Cardiovascular Surgery Clinic, PLLC.