IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TOMMIE TUCKER and Wife<br>CANDACE TUCKER,<br><br>    Plaintiffs,<br><br>v.<br><br>BAPTIST MEMORIAL HEALTHCARE<br>CORPORATION, D/B/A BAPTIST<br>HOSPITAL-MEMPHIS and CARDIOVASCULAR<br>SURGERY CLINIC, PLLC,<br><br>    Defendants. | Case No.:  11-2326-P |

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE FOR DEFENDANT
CARDIOVASCULAR SURGERY CLINIC, PLLC**

Through their undersigned counsel, the parties to this action hereby inform the Court and stipulate that the parties have entered into a definitive agreement for the settlement of all matters in controversy in this action, which includes, without limitation, a release of all claims asserted by Plaintiffs against Defendant Cardiovascular Surgery Clinic, PLLC in this action, and further provides for the parties' consent to this stipulation and dismissal.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action be and hereby is dismissed in its entirety, with prejudice,

each party to bear her, his or its own fees and costs.  Non-discretionary costs only are assessed against the Defendant, Cardiovascular Surgery Clinic, PLLC.

    IT IS SO ORDERED.

                                            s/ Tu M. Pham
                                            TU M. PHAM
                                            United States Magistrate Judge

                                            February 15, 2012
                                            Date

STIPULATED, APPROVED, AND CONSENTED TO:
_/s William Raiford, III_____
William Raiford, III (12764)
Merkel & Cocke
30 Delta Avenue
P.O. Box 1388
Clarksdale, MS  38614-1388

*ATTORNEY FOR PLAINTIFFS*

_/s Shannon Wiley_____
Buckner Wellford (9687)
Shannon Wiley (29452)
Baker, Donelson, Bearman, Caldwell
& Berkowitz
165 Madison Avenue, 20th Floor
Memphis, TN  38103

*ATTORNEYS FOR DEFENDANT CARDIOVASCULAR SURGERY CLINIC, PLLC*