*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

TOMMY TUCKER and
CANDACE TUCKER

                                        JUDGMENT IN A CIVIL CASE

       Plaintiff,

v.

BAPTIST MEMORIAL HEALTHCARE CORPORATION      CASE NO: 11-2326-tmp
d/b/a BAPTIST MEMORIAL HOSPITAL-MEMPHIS
and CARDIOVASCULAR SURGERY CLINIC, PLLC,

       Defendant.

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order of Dismissal with Prejudice entered on February 15, 2012 this cause is hereby dismissed with prejudice, with each party to bear its own fees and costs with non-discretionary costs only assessed against the defendant, Cardiovascular Surgery Clinic, PLLC.

APPROVED:

s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

February 15, 2012                                      THOMAS M. GOULD
DATE                                                  Clerk of Court

                                                             s/Sandra McClain
                                                    (By)  Deputy Clerk